**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 05-6032-07-CR-W-GAF** |
| | ) | |
| **ROBYN SNELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Now pending before the Court is Defendant's Motion for Examination to Determine Competency to Stand Trial. On November 3, 2006, United States Magistrate Judge Sarah W. Hays held a hearing on the motion to determine competency. The parties stipulated to the report prepared by Dr. Delany Dean. United States Magistrate Judge Sarah W. Hays issued her Report and Recommendation on November 6, 2006.

Upon careful and independent review of the record, as well as the applicable law, and there being no objections filed to the Report and Recommendation, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Sarah W. Hays.

Accordingly, it is

ORDERED that Defendant Robyn Snell is not currently suffering from a mental disease or defect which would prevent her from understanding the nature and consequences of the proceedings against her or assisting in her own defense and that she is competent to stand trial.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: November 29, 2006